UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINA GARNICA, et al., | No. 2:20-cv-02411-MCE-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, | |
| Defendant. | |

On September 7, 2021, this Court dismissed this action with leave to amend, warning Plaintiffs that failure to timely file an amended pleading would result in dismissal of this case with prejudice upon no further notice to the parties. No amended complaint having been filed, this action is now DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE